IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No: 5:15-CV-18-FL

| | |
|---|---|
| VERNICE BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON MOTION |
| ) | TO STAY CASE |
| WEYERHAEUSER NR CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Defendant Weyerhaeuser NR Co.'s Motion to Stay Case [Docket No. 14]. Due to the pendency of Defendant's Motion for Summary Judgment and for the reasons set forth in Defendant's Motion to Stay Case, the Court finds good cause to stay the case pending a decision on Defendant's Motion for Summary Judgment.

THEREFORE, IT IS ORDERED that the Defendant's Motion to Stay Case is GRANTED, and this action is stayed pending a ruling on Defendant's Motion for Summary Judgment.

This the  2nd   day of _____March , 2015.

_____
United States District Court Judge