UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| VERNICE BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| WEYERHAEUSER NR COMPANY, | ) | No. 5:15-CV-18-FL |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment, pursuant to Federal Rule of Civil Procedure 56.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2015, and for the reasons set forth more specifically therein, that the defendant's motion for summary judgment is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 29, 2015, and Copies To:**

Keith M. Weddington (via CM/ECF Notice of Electronic Filing)
Vernice Bell (via U.S. Mail) 1676 US Hwy 64 E, Plymouth, NC 27962

April 29, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                    /s/ Christa N. Baker
                                   _____
                                   (By) Christa N. Baker, Deputy Clerk